```
                                              CLERK'S OFFICE U.S. DIST. COURT
                                                   AT ROANOKE, VA
                                                        FILED
```

IN THE UNITED STATES DISTRICT COURT  
FOR THE WESTERN DISTRICT OF VIRGINIA  
ROANOKE DIVISION

DEC 0 7 2006

JOHN F. CORCORAN, CLERK  
BY: /s/ _____  
DEPUTY CLERK

| | |
|---|---|
| JAMES BOYD, ) | |
|     Plaintiff, ) | Civil Action No. 7:06cv00724 |
| ) | |
| v. ) | **MEMORANDUM OPINION** |
| ) | |
| RED ONION STATE PRISON, ) | By: Samuel G. Wilson |
|     Defendant. ) | United States District Judge |

Plaintiff James Boyd, a Virginia prisoner proceeding pro se, brings this action for damages pursuant to 42 U.S.C. § 1983.[1] This court has dismissed three previous actions filed by Boyd pursuant to 28 U.S.C. § 1915A(b)(1).[2] Therefore, Boyd may not proceed with this action unless he either pays the $350.00 filing fee or shows that he is "under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

As Boyd has neither prepaid the filing fee nor demonstrated that he is "under imminent danger of serious physical injury," the court dismisses his complaint without prejudice pursuant to 28 U.S.C. § 1915(g).[3]

The Clerk is directed to send a certified copy of this order to the plaintiff.

ENTER: This 7th day of December, 2006.

_____  
United States District Judge

---

[1] The court notes that the Red Onion State Prison is not a proper defendant in an action pursuant to 42 U.S.C.§ 1983; however, the court will not ask Boyd to amend his complaint because his allegations fail show he is under imminent danger of serious physical injury.

[2] See Boyd v. Simpson, Civil Action No. 7:02cv00646 (W.D. Va. May 13, 2002); Boyd v. None Named, Civil Action No. 7:02cv00598 (W.D. Va. April 24, 2002); Boyd v. Olson, Civil Action No. 7:02cv00074 (W.D. Va. Jan. 24, 2002).

[3] The court has previously notified Boyd that he may not file civil actions in this court unless he either pays the filing fee or demonstrates that he is under imminent danger of serious physical injury. Therefore, the court will not give Boyd additional time to pay the filing fee or amend his complaint.