```
                                                           CLERK'S OFFICE U.S. DIST. COURT
                                                                  AT ROANOKE, VA
                                                                       FILED
```

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

DEC 0 7 2006

JOHN F. CORCORAN, CLERK
BY: /s/
     DEPUTY CLERK

| | |
|---|---|
| JAMES BOYD, ) | |
| Plaintiff, ) | Civil Action No. 7:06cv00724 |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| RED ONION STATE PRISON, ) | By: Samuel G. Wilson |
| Defendant. ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby **ADJUDGED AND ORDERED** that Boyd's complaint is hereby **DISMISSED** without prejudice pursuant to 28 U.S.C. §1915(g), and this case will be **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send certified copies of this Order and accompanying Memorandum Opinion to plaintiff.

ENTER: This 7th day of December, 2006.

_____
United States District Judge